Alexander R. Vail
Nevada Bar # 14291
Law Office of Alexander R. Vail, L.L.C.
2970 West Sahara Avenue
Las Vegas, Nevada 89102
Phone: 702-370-5049
Email: alexander@vailimmigrationservices.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Patricia NAQSHBAND; Muhammad SIDDIQUE<br><br>Plaintiffs,<br><br>v.<br><br>Donald BLOME, in his official capacity as Ambassador Extraordinary and Plenipotentiary to the Islamic Republic of Pakistan; UNITED STATES DEPARTMENT OF STATE<br><br>Defendants. | No. 2:23-cv-00523-JCM-EJY<br><br>**JOINT STIPULATION TO DISMISS** |

**PLEASE TAKE NOTICE THAT** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) all parties who have appeared agree to dismissal of this action in its entirety. Dismissal is with prejudice as to all claims and causes of action Plaintiffs have asserted against Defendants in this matter. Each side is to bear its own costs and attorney fees.

Respectfully submitted this 12th day of June 2023.

|  |  |
|---|---|
|  | JASON M. FRIERSON<br>United States Attorney |
| */s/ Alexander R. Vail*<br>ALEXANDER R. VAIL<br>Nevada Bar No. 14291<br>Law Office of Alexander R. Vail, L.L.C. | */s/ Skyler H. Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>*Attorneys for Federal Defendants* |

2970 West Sahara Avenue
Las Vegas, Nevada 89102
alexander@vailimmigrationservices.com
*Attorney for Plaintiffs*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** June 12, 2023

2